# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Kendall Sullivan, et al.

Defendant.

Case No.: 1:23−cr−00657
Honorable Franklin U. Valderrama

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 19, 2025:

MINUTE entry before the Honorable Franklin U. Valderrama. As to Kendall Sullivan (1): Defendant pled guilty to Count(s) One (1) and Two (2) of the Indictment. The Defendant is sentenced to: One Hundred & Eleven (111) months incarceration. Twenty−seven (27) months on Count One (1) and eighty−four (84) months on Count Two (2), both counts to run consecutively. Following the sentence of 111−months incarceration, Defendant shall be on supervised release for a term of: Two (2) years, both counts to run concurrently. The Court imposes a $200.00 special assessment fee and restitution in the amount of $9,433.00. No other criminal fines are imposed for the Defendant. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.